SAMUEL W. BRADFORD ET AL.

*vs.*

THOMAS W. MACKENZIE, COMMITTEE AND TRUSTEE OF
CHARLES H. BRADFORD, A LUNATIC.

*Wills: determinable fees.*

The third provision of the will of the late Governor was to
the effect that, should either of his seven children die intestate,
whether in the testator's lifetime or afterwards, and leaving no
issue at the time of their death, or should the testator's wife
die intestate, then the share and portion of the one so dying
should survive to and vest in the surviving devisees named in
the will, share and share alike. *Held,* that the devisees of the
testator take estates in fee simple defeasible upon the contin-
gencies of the said third provision of the will, and that the
estate of a deceased devisee intestate and without issue should
go only to the devisees who survived.

*Decided February 20th, 1918.*

Appeal from the Circuit Court for Baltimore County. In
Equity. (DUNCAN, J.)

The facts and full provisions of the will are stated fully, *ante,*
page 330).

The cause was argued before BOYD, C. J., BRISCOE, BURKE,
THOMAS, STOCKBRIDGE and CONSTABLE, JJ.

*Harry S. Carver,* for the appellants.

*Ogle Marbury* (with whom was *Thomas Mackenzie* on the
brief), for the appellee.

The judgment of the lower Court was affirmed in an opinion
by CONSTABLE, J.